IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARLOS J. ACUNA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-2109-L |
| | § | |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

This is a habeas case brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On December 5, 2006, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed. Petitioner filed his Objections on December 18, 2006.

After making an independent review of the pleadings, file and record in this case, the findings of the magistrate judge, and the Petitioner's objections, the court determines that the findings and conclusions of the magistrate judge are correct. They are therefore accepted as those of the court. Accordingly, the court **denies** Petitioner's Petition for Writ of Habeas Corpus and **dismisses** this action with prejudice.

**It is so ordered** this 8th day of January, 2007.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page